1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

Nicole Wilt

        Defendant.

5:24 mJ 00191

ORDER OF DETENTION AFTER
HEARING ( Fed.R.Crim.P. 32.1(a)(6)
Allegations of Violations of Probation
Supervised Release)
Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//

//

1    The court concludes:

2    A.    ( )    Defendant poses a risk to the safety of other persons or the community

3           because defendant has not demonstrated by clear and convincing

4           evidence that:

5    _____

6    _____

7    _____

8    _____

9

10   (B)    (✓)    Defendant is a flight risk because defendant has not shown by clear

11           and convincing evidence that:

12           • ALLEGATION OF ABSCONDING

13           • NO IDENTIFIED BAIL RESOURCES

14           • FAILURE TO COMPLY WITH CONDITIONS

15           • SUBMISSION TO DETENTION

16

17        IT IS ORDERED that defendant be detained.

18

19   DATED: 4/30/24

20

21

22

23   _____
            DAVID T. BRISTOW
24   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2